No. 6,638. — STATE, RESPONDENT, *v.* MIKE LEAPOCK, APPELLANT.

Decided February 6, 1930.

PER CURIAM.—The attorney general's motion to dismiss defendant's appeal on the ground that the transcript on appeal has not been filed within the time allowed by law, is sustained and the appeal is dismissed.

*Mr. L. A. Foot,* Attorney General, and *Mr. L. V. Ketter,* Assistant Attorney General, for the State.